STATE OF CONNECTICUT *v.* LATONE JAMES
(AC 31185)

Lavine, Beach and Lavery, Js.

Argued September 16—officially released October 12, 2010

Per Curiam. The judgment is affirmed.

DEBRA L. SZYMASZEK *v.* MICHAEL SZYMASZEK
(AC 31361)

Harper, Robinson and Alvord, Js.

Argued September 24—officially released October 19, 2010

Per Curiam. The judgment is affirmed.

WENDELL HASAN *v.* COMMISSIONER
OF CORRECTION
(AC 30386)

Beach, Robinson and Alvord, Js.

Argued September 23—officially released October 19, 2010

Per Curiam. The appeal is dismissed.